SEAN P. FLYNN, ESQ. (NV SBN: 15408)
JOSHUA Y. ANG, ESQ. (NV SBN: 14026)
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: sflynn@grsm.com
       jang@grsm.com

Attorneys For: *Defendant,*
*I.Q. Data International, Inc.*

| | |
|---|---|
| ELSA ASSEFA,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and I.Q. DATA INTERNATIONAL, INC.,<br><br>    Defendants. | CASE NO.  2:21-cv-02050-GMN-DJA |

## **DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant I.Q. Data International, Inc. ("IQD"), by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, respectfully moves for an unopposed extension of time to file its answer or otherwise responsive pleading to Plaintiff's Complaint. In support, IQD states as follows:

1. On November 15, 2021, Plaintiff filed a Complaint against IQD (alongside the other three Defendants), generally alleging that IQD violated the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* ("FCRA").

2. On November 18, 2021, IQD was served with Plaintiff's Complaint, making its responsive pleading deadline December 9, 2021.

-1-

3. IQD recently retained the undersigned counsel, who is in the process of investigating the allegations set forth in Plaintiff's Complaint and preparing its response.

4. On December 10, 2021, Defense Counsel for IQD contacted counsel for Plaintiff, who subsequently agreed to provide IQD with an extension of time through and including January 12, 2022, in which to answer or otherwise plead.

5. IQD expects that a 30-day extension in which to answer or otherwise plead will be sufficient to fully address the issues raised in Plaintiff's Complaint.

6. This motion is not brought to unduly delay these proceedings or to harass any party to this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, IQD respectfully requests this Honorable Court grant it an extension of time, up to and including January 12, 2022, to file its responsive pleading to Plaintiff's Complaint, in the absence of any opposition and because good cause exists.

Respectfully submitted,

_s/Joshua Y. Ang_
Sean P. Flynn, Esq.
Joshua Y. Ang, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: sflynn@grsm.com
jang@grsm.com

Dated: December 23, 2021

**IT IS SO ORDERED:**

This unopposed motion of Defendant, I.Q. Data International, Inc., for an extension of time, up to and including January 12, 2022 to file its answer or otherwise responsive pleading, is hereby GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December, 2021, and pursuant to Fed. R. Civ. Pro. 5, and to all applicable Local Rules of this Court, I served via CM/ECF and/or deposited for mailing in the U. S. Mail, a true and correct copy of the foregoing **DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon those persons designated by the parties in the E-Service Master List upon the following:

George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
            gavalos@freedomlegalteam.com
Attorneys for Plaintiff:
*Elsa Assefa*

Michael Kind, Esq.
KIND LAW
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
Telephone: (702) 337-2322
Facsimile: (702) 329-5881
Email: mk@kindlaw.com
Attorneys for Plaintiff:
*Elsa Assefa*

                                              */s/Joshua Y. Ang*
                                              An Employee of GORDON REES SCULLY MANSUKHANI, LLP

1256948/63814030v.3